**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENA MARIE LINDBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-0929 (UNA) |
| | ) |
| STONE PARK ENTERTAINMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on review of this *pro se* plaintiff's application to proceed *in forma pauperis* and her civil complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

2

Plaintiff brings this action against "gentleman's clubs" in Illinois, Nevada, Florida and New York where she worked between 2005 and 2020 which allegedly failed to compensate her properly. *See generally* Compl. at 2-6 (page numbers designated by CM/ECF). The complaint mentions all manner of wrongdoing, to include stalking, extortion, threats, sexual abuse, wrongful arrest, sex trafficking, identity fraud, and kidnapping. *See generally id*. at 5-6, 11. So rambling and disorganized is the complaint that no defendant has fair notice of the claim(s) asserted against it, and exhibits to the complaint further confuse rather than clarify matters.

As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, accordingly, the Court dismisses the complaint without prejudice. An Order is issued separately.

DATE: May 4, 2023

/s/
JIA M. COBB
United States District Judge